Henry Beste and Others, as Trustees, etc., v. Agnes M. Mulligan and

Others, Infants, etc., Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs.